IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR408-369
)
CATHERINE A. HICKLING, )
)
    Defendant. )
)

# ORDER

Before the Court is Defendant Catherine A. Hickling's Motion for Bond Pending Sentencing. (Doc. 34.) The Government has responded in opposition, citing Defendant's previous flight from Georgia authorities. (Doc. 35.) After careful consideration, Defendant's Motion is **DENIED**.

SO ORDERED this 2ND day of October, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA